JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT EUBANKS,<br><br>Defendant. | Case No. 5:20-cv-01113-JAK-SHKx<br><br>**ORDER RE STIPULATION FOR JUDGMENT (DKT. 19)** |

Based on a review of the Stipulation for Judgment (the "Stipulation" (Dkt. 19)) between Plaintiff Board of Trustees of the Sheet Metal Workers Health Plan of Southern California, Arizona and Nevada (the "Health Plan") and Defendant Scott Eubanks ("Eubanks"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. That defendant Scott Eubanks agree that he is indebted to the Health Plan in the total amount of $27,465.36 which equals $22,465.36 for overpaid Health

Plan benefits premiums and $5,000.00 in attorney fees, together with post-judgment interest thereon at the rate of 10% per annum as of the date of the Judgment.

      2.     Judgment is entered in favor of the Health Plan and against defendant Scott Eubanks in the amount of $27,465.36 for overpaid Health Plan benefits together with post-judgment interest thereon at the rate of 10% per annum as of the date of the Judgment.

      3.     This Court retains jurisdiction over this matter through December 1, 2021 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Health Plan by defendant Scott Eubanks.

**IT IS SO ORDERED**.

Dated: September 15, 2020

_____
John A. Kronstadt
United States District Judge